1 Law Offices of Bill LaTour
2 Bill LaTour [C.S.B.N. 169758]
11332 Mountain View Ave., Suite C
3 Loma Linda, California, 92354
4     Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
5     E-Mail: Bill.latour@verizon.net
6
7 Attorney for Plaintiff

8 GEORGE S. CARDONA
9 Acting United States Attorney
LEON W. WEIDMAN
10 Assistant United States Attorney
11 Chief, Civil Division
DENNIS HANNA [C.S.B.N.184475]
12 SPECIAL ASSISTANT UNITED STATES ATTORNEY
13 333 Market St., Suite 1500
14 San Francisco, CA  94105
Telephone: 415-977-8962
15 Facsimile: 415-744-0134
16 E-Mail: joanna.kang@ssa.gov
17
Attorney for Defendant
18
19                 UNITED STATES DISTRICT COURT,
20       CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

21 GERALD COLBERT,                    )   No. EDCV 09-1450 RZ
22                                    )
    Plaintiff,                     )   [~~PROPOSED~~] ORDER OF
23                                    )   DISMISSAL WITH PREJUDICE
24   v.                              )
                                     )
25 MICHAEL J. ASTRUE,                 )
26 Commissioner of Social Security,   )
                                     )
27     Defendant.                     )
28 _____    )

1  Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS
2  ORDERED that the above-captioned proceeding is dismissed with prejudice; each side
3  to bear ~~her~~ its own attorney fees, costs, and expenses, including but not limited to
4  attorney fees under the Equal Access to Justice Act.

Date: January 13, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE